IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MITCHELL LUDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-033 |
| | ) | |
| SHAWN EMMONS, Warden; CONSTANCE | ) | |
| PULLINS, Nurse; CERT SGT. HURST; | ) | |
| CERT OFC. SMITH; and CERT OFC. | ) | |
| TIMMONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Defendant Emmons for failure to state a claim upon which relief can be granted, and **DISMISSES** Defendant Emmons from this case.

SO ORDERED this 16th day of August, 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE