IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MITCHELL LUDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-033 |
| | ) | |
| CONSTANCE PULLINS, Nurse; CERT | ) | |
| SGT. HURST; CERT OFC. SMITH; and | ) | |
| CERT OFC. TIMMONS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motions to set aside default, (doc. nos. 28, 32), **DENIES** Plaintiff's motion for default judgment and requests for sanctions, (doc. no. 29; doc. no. 31, pp. 6-7; doc. no. 34, pp. 5-6; doc. no. 37, p. 5), **DIRECTS** the **CLERK** to enter default against Defendant Timmons, and **ORDERS** Defendants Pullins, Hurst, and Smith to answer, move, or otherwise plead to Plaintiff's amended complaint within seven days of this Order. After the filing of the first answer of a Defendant, the Clerk of Court will enter a scheduling notice setting case deadlines.

SO ORDERED this 22nd day of August, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE