IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 SEP 29 P 2: 36

CLERK_____
SO. DIST. OF GA.

MITCHELL LUDY,                                   )
                                                 )
          Plaintiff,                             )
                                                 )
     v.                                          )          CV 318-033
                                                 )
CONSTANCE PULLINS, Nurse; CERT                   )
SGT. JASON HURST; CERT OFC.                      )
LAKEISHA SMITH; and CERT OFC.                    )
LARRY TIMMONS,                                   )
                                                 )
          Defendants.                            )
                                         _____

**ORDER**
                                         _____

     After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**GRANTS** Defendants' motion for summary judgment, (doc. no. 75), **DENIES** Plaintiff's

motion for summary judgment, trial related motions, and motion for appointment of counsel,

(doc. nos. 81-85, 88), **DIRECTS** the Clerk to **ENTER** final judgment in favor of

Defendants, and **CLOSES** this civil action.

     SO ORDERED this _____ day of _____, 2020, at Augusta, Georgia.


                              _____
                              UNITED STATES DISTRICT JUDGE